1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JEROME MAYER-CANTÚ (CABN 291623)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7301
7  Fascimile: (415) 436-7234
   jerome.mayer-cantu@usdoj.gov
8
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 17-216 (EMC) |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** |
| v. | ) |
| JOHN TAYLOR, | ) |
| Defendant. | ) |

|   |   |
|---|---|
| 1 | **STIPULATION TO CONTINUE HEARING DATE** |
| 2 | The Court scheduled a change of plea/trial-setting hearing in the above-captioned case for the |
| 3 | afternoon of August 2, 2017. *See* Dkt. No. 10. Due to the unavailability of government counsel at that |
| 4 | time, the parties hereby stipulate that the hearing should be rescheduled for August 9, 2017. The parties |
| 5 | also agree that this date will facilitate plea negotiations, which are ongoing. |
| 6 | IT IS SO STIPULATED. |
| 7 | Dated: August 1, 2017. |

Respectfully submitted,

*Daniel Blank*
DANIEL BLANK
Attorney for John Taylor

*Jerome Mayer-Cantú*
JEROME MAYER-CANTÚ
Assistant United States Attorney

IT IS SO ORDERED.

Dated: \_\_August 1\_\_, 2017.



IT IS SO ORDERED
Judge Edward M. Chen